UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

BRANDON ROSEN, individually and on behalf of K.R., minor, and on behalf of all others similarly situated,

Plaintiff,

v.

LAKESIDE PEDIATRIC AND ADOLESCENT MEDICINE, P.L.L.C.,

Defendant.

Case No. 2:26-cv-00159-DCN

**ORDER GRANTING JOINT MOTION TO STAY CASE PENDING PRELIMINARY AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

This matter came before the Court on Plaintiff Brandon Rosen, individually and on behalf of K.R., a minor, and Defendant Lakeside Pediatric and Adolescent Medicine, P.L.L.C.'s Joint Motion to Stay Deadlines Pending Preliminary and Final Approval of Class Action Settlement ("Motion"). Having considered the Motion, and noting that the Motion is a joint motion, it is hereby **ORDERED** that the Parties' Motion is **GRANTED**. It is **ORDERED** that all deadlines are stayed pending preliminary and final approval of the class action settlement.

DATED: July 14, 2026

David C. Nye
U.S. District Court Judge